UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHESTER BODMAN,

        Plaintiff,

                              Case No. 2:14-cv-14420
v.                              District Judge David M. Lawson
                              Magistrate Judge Anthony P. Patti

ARAMARK CORPORATION, *et al.*,

        Defendants.

_____/

## ORDER TO PROVIDE THE CORRECT ADDRESS FOR DEFENDANTS

     Plaintiff, Chester Bodman, a state prisoner who is proceeding without the assistance of counsel, filed his complaint and application to proceed without prepayment of fees on November 18, 2014. (DE 1 and 2.) He brings his claims under 42 U.S.C. § 1981, alleging violations of the Due Process and Equal Protection clauses of the United States Constitution based on his allegedly wrongful termination as a food service worker at the Saginaw Correctional Facility. Plaintiff names as Defendants Deputy Warden Obell Thomas Winn, the Aramark Corporation, and Aramark employees Davre Davidson, Bob Marshall, Joseph Neubauer, Eric J. Foss, and Chrissy Sharp.

The Court granted Plaintiff's application to proceed without prepayment of fees and ordered service by the U.S. Marshals on November 25, 2014. (DE 4.) Although Plaintiff did not provide addresses for the Defendants in his complaint, the U.S. Marshals attempted service on all Defendants, other than the Aramark Corporation, at the Saginaw Correctional Facility. On December 31, 2014, waivers of service were returned unexecuted as to Defendants Davidson, Sharp, Marshall, Neubauer, and Foss. (DE 14-18.) Each notice indicated that the Saginaw Correctional Facility could not accept service because it did not employ these Defendants. To date, Defendants Davidson, Sharp, Marshall, Neubauer, and Foss have not been served.

Plaintiff is therefore **ORDERED** to provide the Court with addresses for Defendants Davidson, Sharp, Marshall, Neubauer, and Foss so that service can again be attempted. Plaintiff is to provide the information to the Court in writing **ON OR BEFORE MAY 1, 2015.** Failure to provide this information could result in a Report and Recommendation that Plaintiff's claims against Defendants Davidson, Sharp, Marshall, Neubauer, and Foss be dismissed for failure to effect service under Federal Rule of Civil Procedure 4(m). Thereafter, the U.S. Marshals Service **SHALL** re-attempt service of the summons and Complaint upon these Defendants at the addresses provided by Plaintiff.

**IT IS SO ORDERED.**


Dated: April 9, 2015                     s/Anthony P. Patti
                                         Anthony P. Patti
                                         UNITED STATES MAGISTRATE JUDGE


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 9, 2015, electronically and/or by U.S. Mail.


                                         s/Michael Williams
                                         Case Manager for the
                                         Honorable Anthony P. Patti
                                         (313) 234-5200