UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHESTER BODMAN,

      Plaintiff,

v.

Case No. 2:14-cv-14420
District Judge David M. Lawson
Magistrate Judge Anthony P. Patti

ARAMARK CORPORATION, *et al.*,

      Defendants.

_____/

## ORDER TO VACATE SHOW CAUSE AND ORDER BRIEFING BY PLAINTIFF

This matter is before the Court for consideration of Defendant Aramark Corporation's ("Aramark") response to the Court's Order to Show Cause (DE 25) and motion for leave to file motion to dismiss (DE 26). Aramark has provided good cause for failing to file an answer by the due date provided on the docket. Accordingly, the Court's Order to Show Cause is hereby **VACATED**. (DE 22.) Furthermore, Defendant's motion for leave to file a motion to dismiss is **GRANTED**. (DE 26.) Plaintiff is **ORDERED** to file a response to the pending motion to dismiss (DE 23) **ON OR BEFORE JUNE 11, 2015.**

    IT IS SO ORDERED.

Dated: May 11, 2015         s/Anthony P. Patti
                            Anthony P. Patti
                            UNITED STATES MAGISTRATE JUDGE


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was sent to parties of record on May 11, 2015, electronically and/or by U.S. Mail.


                            s/Michael Williams
                            Case Manager for the
                            Honorable Anthony P. Patti
                            (313) 234-5200