UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHESTER BODMAN,

       Plaintiff,                              Case Number 14-14420

v.                                        Honorable David M. Lawson
                                             Magistrate Judge Anthony P. Patti

ARAMARK CORPORATION, DAVRE
DAVIDSON, BOB MARSHALL, JOSEPH
NEUBAUER, ERIC J. FOSS, and CHRISSY
SHARP,

       Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING DEFENDANT ARAMARK CORPORATION'S MOTION TO DISMISS, AND DISMISSING COMPLAINT

Presently before the Court is the report issued on October 13, 2015 by Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b), recommending that the Court grant defendant Aramark Corporation's motion to dismiss, dismiss that defendant from the case, and dismiss all of the plaintiff's remaining claims under the Court's screening authority, pursuant to 28 U.S.C. § 1915. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #35] is **ADOPTED**.

It is further **ORDERED** that defendant Aramark Corporation's motion to dismiss [dkt. #23] is **GRANTED**.

It is further **ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   November 6, 2015

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 6, 2015.

s/Susan Pinkowski  
SUSAN PINKOWSKI

---